IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -4 PM 3:42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHARLES LOVEBERRY, )<br>)<br>Defendant. ) | Cr. No. <u>03-20372-M1</u> |

## ORDER

Upon motion of the United States, without objection from the defendant, and for good cause shown, the re-sentencing date in the above-referenced, currently set for June 17, 2005, at 3:00 p.m., is hereby ordered rescheduled for *Thursday, June 16, 2005 at 8:45 AM*.

IT IS SO ORDERED this __4th__ day of ~~April~~ May, 2005.

JON P. McCALLA
U.S. DISTRICT JUDGE

Approved by:

Stephen C. Parker
Assistant U.S. Attorney

50

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:03-CR-20372 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT